## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD EUBANKS, | |
| Plaintiff, | |
| | CIVIL ACTION |
| v. | |
| | NO. 12-1741 |
| SUNOCO LOGISTICS PARTNERS, LP, | |
| Defendant. | |

## ORDER

**AND NOW**, this 5th day of September 2012, upon consideration of the motion to dismiss filed by defendant Sunoco Logistics Partners, LP (Document No. 9), plaintiff's opposition thereto, and defendant's reply, it is hereby **ORDERED** that the motion to dismiss is **DENIED**.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge